## Cardel Master Builder Inc.

## Balance Sheet

## June 30, 2018
(For management purposes only)

### Assets

|  | June 30, 2018 | December 31, 2017 |
|---|---:|---:|
| **Current assets** |  |  |
| Note receivable | - | 116,960 |
| Total current assets | - | 116,960 |
|  |  |  |
| **Non-current assets** |  |  |
| Investments | 585 | 585 |
| Due from related party | 1,906,568 | 1,668,952 |
| Property and equipment, net | 1,848,551 | 1,894,642 |
| Deferred income tax asset | 82,500 | 82,500 |
| Total non-current assets | 3,838,204 | 3,646,679 |
|  |  |  |
| **Total assets** | 3,838,204 | 3,763,639 |

### Liabilities and Stockholder's Equity

|  | | |
|---|---:|---:|
| **Current liabilities** |  |  |
| Income tax payable | 13,738 | 13,738 |
|  |  |  |
| Share capital | 100 | 100 |
| Retained earnings | 3,824,366 | 3,749,801 |
|  |  |  |
| **Total liabilities and stockholder's equity** | 3,838,204 | 3,763,639 |

August 14, 2018