# Cardel Master Builder Inc.

## Statement of Operations and Retained Earnings

### Period Ended June 30, 2018
(For management purposes only)

|  | June 30, 2018 (6 months) | December 31, 2017 (12 months) |
|---|---:|---:|
| **Revenue:** | | |
| Management fees, related party | 86,165 | 165,343 |
| Rental income, related party | 69,000 | 138,000 |
| Interest income, related party | 18,219 | 17,900 |
| Interest income | 903 | 6,412 |
| Total revenue | 174,287 | 327,654 |
| **Operating expenses:** | | |
| Depreciation | 46,091 | 94,470 |
| Management fees, related party | 10,000 | 20,000 |
| Office | 5,631 | 6,702 |
| Total operating expenses | 61,722 | 121,172 |
| **Income before income taxes** | 112,565 | 206,483 |
| **Income tax expense** | 38,000 | 88,098 |
| **Net income** | 74,565 | 118,385 |
| **Retained earnings, beginning of period** | 3,749,801 | 3,631,417 |
| **Retained earnings, end of period** | 3,824,366 | 3,749,801 |

August 14, 2018