# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: | ) |
| | ) Case No. 18- |
| CARDEL MASTER BUILDER, INC., a | ) |
| Delaware corporation, | ) Chapter 11 |
| | ) |
| EIN: 59-3518495 | ) |
| Debtor. | ) |

## STATEMENT REGARDING CASHFLOW STATEMENT

I, Matt Preston, as controller of Cardel Master Builder, Inc. ("Cardel Master Builder"), general partner of Cardel Clocktower Limited Partnership ("Cardel Clocktower"), hereby state as follows:

1. I am controller of Cardel Master Builder. Cardel Master Builder is the general partner of Cardel Clocktower.

2. Neither Cardel Master Builder nor Cardel Clocktower has prepared a cashflow statement.

I declare under penalty of perjury the foregoing is true and accurate to the best of my knowledge and belief.

Dated: October 12, 2018                                    _____