| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Cardel Master Builder, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO, DENVER DIVISION |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AFCO 5600 N River Rd Ste 400 Rosemont, IL 60018-5187 | | Insurance | | | | $0.00 |
| Benz Model and Talent Agency 11900 Biscayne Blvd Ste 511 Miami, FL 33181-2749 | c/o Jamar D. Jordan, Esq. | Litigation | Disputed | | | $0.00 |
| Clocktower at Highlands Ranch Town Center Owner's Association, Inc. 9331 Commerce Center St Unit A1 Highlands Ranch, CO 80129-1712 | c/o BRC Real Estate Corporation | Litigation | Disputed | | | $0.00 |
| Clocktower at Highlands Ranch Town Center Owner's Association, Inc. c/o 3600 S Yosemite St Ste 400 Denver, CO 80237-1816 | c/o Advance HOA Management, Inc. | Litigation | Disputed | | | $0.00 |
| Hillsborough County Water Department 9811 Sheldon Rd Tampa, FL 33635-1051 | | Utilities | | | | $600.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1